# UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

### MAGISTRATE'S COURTROOM MINUTES

UNITED STATES OF AMERICA                    :    MAGISTRATE JUDGE: _Cathy L. Waldor, U.S.M.J._

                                            :

                        v.                  :    MAGISTRATE NO.: _____13-7026_____

                                            :    DATE OF PROCEEDINGS: ___1/15/13__
Patrick Russo
                                            :    DATE OF ARREST: _____

                                            :

PROCEEDINGS: __Rule 5 - Initial Appearance__

( ✓ ) COMPLAINT                                ( ) TEMPORARY COMMITMENT
( ✓ ) ADVISED OF RIGHTS                        ( ) CONSENT TO DETENTION WITH RIGHT TO MAKE A
( ) WAIVER OF COUNSEL                              BAIL APPLICATION AT A LATER TIME
( ✓ ) APPT. OF COUNSEL: _✓_ AFPD ___ CJA       ( ) BAIL DENIED - DEFENDANT REMANDED TO CUSTODY
( ) WAIVER OF HRG.: ___ PRELIM ___ REMOVAL     ( ✓ ) BAIL SET: _100,000 00_____
( ) CONSENT TO MAGISTRATE'S JURISDICTION       _____
( ) PLEA ENTERED: ___ GUILTY ___ NOT GUILTY
( ) PLEA AGREEMENT                             ( ) TRAVEL RESTRICTED _____
( ) FINANCIAL AFFIDAVIT EXECUTED- on the record  ( ) REPORT TO PRETRIAL SERVICES
( ) OTHER _____     ( ) DRUG TESTING AND/OR TREATMENT
                                               ( ) MENTAL HEALTH EVALUATION AND/OR TREATMENT
                                               ( ) SURRENDER &/OR OBTAIN NO PASSPORT
                                               ( ) SEE ORDER SETTING CONDITIONS OF RELEASE FOR
                                                   ADDITIONAL CONDITIONS

HEARING(S) SET FOR:

( ) PRELIMINARY / REMOVAL HRG.                 DATE: _____
( ) DETENTION / BAIL HRG.                      DATE: _____
( ) TRIAL: ___ COURT ___ JURY                  DATE: _____
( ) SENTENCING                                 DATE: _____
( x ) OTHER: _App in Maryland_____           DATE: _1/18/13  10 mm_

APPEARANCES:

AUSA _____Oz Benvenuto_____

DEFT. COUNSEL ___Kevin Carlucci_____

PROBATION _____

INTERPRETER _____
            Language: (                    )

Time Commenced: __2:22 pm__
Time Terminated: __2:27 pm__
CD No: _____ECR_____

_Timothy Gorman_____
DEPUTY CLERK